≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Print Name                              Bar Number |
| | Address |
| | City              State              Zip Code |
| | Phone Number                           Fax Number |

1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Luis Marquez-Cruz

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE JAN M. ADLER)**

11  UNITED STATES OF AMERICA,        )   Case No. 08MJ2316
                                     )
12             Plaintiff,            )
                                     )
13  v.                               )   **CERTIFICATE OF SERVICE**
                                     )
14  LUIS MARQUEZ-CRUZ,               )
                                     )
15             Defendant.            )
    _____ )
16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                              U.S. Attorney CR
                              Efile.dkt.gc2@usdoj.gov
20

21                              Respectfully submitted,

22

23  DATED:      August 12, 2008         /s/ Erick L. Guzman
                                        **ERICK L. GUZMAN**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Luis Marquez-Cruz
25

26

27

28